74,472-01,02,03

Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station.
Austin Texas. 78711.

59th Judical District of
Grayson County Texas.

"Louise Pearson. "Clerk"

Dear Ma'am.

I would like to ask for. copy of the
white cards. That was sent to me years ago.
I was unaware of the difference in the meaning
of the court of Appeals dessisno on my H.C. 11.07.
I do Not Know if I had one white card or
"3" ( I do not need the 11.07 only white cards.)
The cause Numbers. was 51329. 58308 and 58307."

I would really Appreciate copy of the
white cards Dismissed or Denied

Thank you.

x Alvin C Webb TDCJ# 1571415
Stevenson unit TDCJ.
1525 Fm 766
Cuero. Tx.
77954.            4-15-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 20 2015
Abel Acosta, Clerk